In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of CATHERINE JAMES, Deceased, Respondent.

HELEN V. Z. ANTHONY et al., Appellants.

Argued October 23, 1941; decided November 27, 1941.

646

*Eli J. Blair* for appellants.

*M'Cready Sykes* and *George L. Shearer* for respondent.

Order affirmed, with costs; no opinion. (See 287 N. Y. 754;)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.